BLAU, Respondent, v. INTERURBAN ST. RY. CO. et al., Appellants. (Supreme Court, Appellate Term. May 23, 1905.) Appeal from City Court of New York, Trial Term. Action

by Abraham Blau against the Interurban Street Railway Company and another. From a judgment for plaintiff, and from an order denying a new trial, defendant railway company appeals. Reversed. Bayard H. Ames and F. Angelo Gaynor, for appellant. Frank Herwig, for respondent.

PER CURIAM. The verdict of the jury was against the weight of evidence. The evidence clearly shows that the accident happened to the plaintiff through the negligence of the driver of the wagon that collided with the car of the defendant, and not through the negligence of the defendant's servants. The judgment and order are reversed, and a new trial ordered, with costs to the appellant to abide the event.